# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No. **14 Mag. 1430**  Date **6/29/2021**

USAO No. **2012R00351**

The Government respectfully requests the Court to dismiss without prejudice the

[✓] Complaint   [ ] Removal Proceedings in

*United States v.* **Igor Vishnevsky**

The Complaint/Rule 40 Affidavit was filed on **6/25/2014**

[✓] *U.S. Marshals please withdraw warrant*

**SARAH LAI**
Digitally signed by SARAH LAI
Date: 2021.06.29 10:48:11 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: June 30, 2021

UNITED STATES MAGISTRATE JUDGE